# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-2476

———————————————

FRANK MOSLEY,

    Appellant,

v.

CHARLIE SINGLETON, Guardian
of Harold James Mosley, In Re:
Guardianship of Harold James
Mosley,

    Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

August 29, 2024

PER CURIAM.

    DISMISSED.

ROWE, KELSEY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Frank Mosley, pro se, Appellant.

Brian W. Corlew of Chesser & Barr, P.A., Crestview, for Appellee.